**David W. TROEDEL,**
**Petitioner-Appellee,**
**Cross-Appellant,**

v.

**Richard DUGGER, Secretary, Florida**
**Department of Corrections,**
**Respondent-Appellant, Cross-Appellee.**

No. 86–5860.

United States Court of Appeals,
Eleventh Circuit.

Sept. 4, 1987.  ·

Richard E. Doran, Asst. Atty. Gen., Dept. of Legal Affairs, Miami, Fla., Peggy A. Quince, Dept. of Legal Affairs, Tampa, Fla., for respondent-appellant, cross-appellee.

Capital Collateral Representative, Mark Evan Olive, Tallahassee, Fla., Steven H. Malone, Sp. Appointed Asst. Representa-

tive, Office of Capital Collateral Representative, W. Palm Beach, Fla., for petitioner-appellee, cross-appellant.

Before FAY, ANDERSON and EDMONDSON, Circuit Judges.

PER CURIAM:

The judgment of the district court is AFFIRMED for the reasons stated in its Order Granting Petition for Writ of Habeas Corpus of September 23, 1986. 667 F.Supp. 1456.

Before RONEY, Chief Judge, GODBOLD, TJOFLAT, HILL, FAY, VANCE, KRAVITCH, JOHNSON, HATCHETT, ANDERSON and CLARK, Circuit Judges.